**DISMISS and Opinion Filed August 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00643-CV**

**STUART G. HAGLER, Appellant**
**V.**
**TIM MCNICKLE AND ROBERT YODER, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19161**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Because appellant no longer wishes to pursue this interlocutory appeal, he has

filed a motion to dismiss. We grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210643F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

STUART G. HAGLER, Appellant

No. 05-21-00643-CV       V.

TIM MCNICKLE AND ROBERT YODER, Appellees

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-19161. Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees TIM MCNICKLE AND ROBERT YODER recover their costs of this appeal from appellant STUART G. HAGLER.

Judgment entered August 19, 2021